IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DOUGLAS RAY RICHARDS, TDCJ-CID No. 1888586, <br><br> Plaintiff, <br><br> v. <br><br> LESTER FREEMAN, *et al.*, <br><br> Defendants. | 2:21-CV-116-Z-BR |

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's Section 1983 Complaint (ECF No. 1). ECF No. 33 ("FCR"). The Court granted Plaintiff an extension to file objections to the FCR. *See* ECF No. 37. No objections have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the FCR of the Magistrate Judge is correct. (ECF No. 33). It is therefore **ORDERED** that the FCR of the Magistrate Judge is **ADOPTED** and the case is **DISMISSED**.

**IT IS SO ORDERED.**

November *16*, 2023.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE